THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MONICA E. TAIT
Assistant United States Attorney
California Bar Number 157311
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2931
    Facsimile: (213) 894-7177
    Email:   Monica.Tait@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT

APR 20 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

—— Priority
—— Send
—— Clsd
—— Enter
✓ JS-5/JS-6
—— JS-2/JS-3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>$22,400.00 IN U.S. CURRENCY,<br><br>              Defendant.<br>_____ | CV 08-8032 SVW (FFMx)<br><br>[Proposed]<br>JUDGMENT AGAINST THE INTERESTS OF<br>FERNANDO LOURIERO, EDUARDO ALBERTO<br>OVALLES-CASTILLO, FRANCISCO<br>QUINONES, AND ALL OTHER POTENTIAL<br>CLAIMANTS<br><br>DATE: April 13, 2009<br>TIME: 1:30 p.m. |

     This action arose out of a Verified Complaint for Forfeiture

filed on December 5, 2008 for the defendant $22,400.00 In U.S.

Currency, (hereafter, the "defendant currency").  The Complaint

alleges that the defendant currency is subject to forfeiture

pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1) (C).

This Court, having already granted plaintiff's Motion for

Entry of Default Judgment, hereby ORDERS, ADJUDGES AND DECREES that:

   1.   Fernando Louriero, Eduardo Alberto Ovalles-Castillo, and Francisco Quinones, and all other potential claimants, are deemed to have admitted the allegations of the Complaint to be true for purposes of this action.

   2.   All right, title and interest of Fernando Louriero, Eduardo Alberto Ovalles-Castillo, and Francisco Quinones, and all other potential claimants, in the defendant funds is hereby condemned and forfeited to the United States.  The United States Marshals Service shall dispose of the defendant in accordance with law.

   3.   There being no just reason for delay, the clerk is hereby directed to enter this judgment, which constitutes a final judgment resolving this action.  This Court retains jurisdiction over this matter to effectuate the terms of this Judgment.

   SO ORDERED this 15 day of April , 2009.

                                   _____
                                   THE HONORABLE STEPHEN V. WILSON
                                   UNITED STATES DISTRICT JUDGE

Presented by:
THOMAS P. O'BRIEN
United States Attorney

_____
MONICA E. TAIT, AUSA
Attorneys for Plaintiff
UNITED STATES OF AMERICA